UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

William Stanley King,
   aka William Allen Borck,
   aka Billy Borck,

    Defendant.

Case: 1:19-mj-30408
Judge: Morris, Patricia T.
Filed: 08-01-2019 At 10:26 AM

Originating No. 19-cr-00178

---

**GOVERNMENT'S PETITION FOR TRANSFER OF
DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF**

---

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant William Stanley King, aka William Allen Borck, aka Billy Borck, to answer to charges pending in another federal district, and states:

1. On August 1, 2019, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the Western District of Michigan. Defendant is charged in that district with false statement in passport application.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        MATTHEW SCHNEIDER
        United States Attorney

        s/ANTHONY P. VANCE
        Anthony P. Vance
        Assistant United States Attorney
        101 First Street, Suite 200
        Bay City, MI  48708
        Anthony.vance@usdoj.gov
        (989) 895-5712
        P61148

Dated:  August 1, 2019